*HP*

**FILED**
12/21/2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**HP**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION



*Randy A. White*

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

*North Chicago Police
Department Municipal
Corporation and Officer
Schwartz a Lake County
Police officer*

_____

(Enter above the full name of ALL
defendants in this action. **Do not**
use "et al.")

**RECEIVED**
*NOV 22 2010*
NOV 2 2 2010

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**10CV7496**

Case No: *10-7496*
(To be supplied by the <u>Clerk of this Court</u>)

*Bucklo
Valdez*

**CHECK ONE ONLY:**

_____✓_____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
**U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

A.    Name: _Randy A. White_

B.    List all aliases: _____

C.    Prisoner identification number: _M07759_

D.    Place of present confinement: _SHERIDAN Correctional_

E.    Address: _4017 E. 2603 Rd SHE IL, 60551_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A.    Defendant: _Officer Schwartz_

Title: _North chicago Police officer_

Place of Employment: _North Chicago police department_

B.    Defendant: _____

Title: _____

Place of Employment: _____

C.    Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: ___N/A___

B. Approximate date of filing lawsuit: ___N/A___

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ___N/A___

D. List all defendants: ___N/A___

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ___N/A___

F. Name of judge to whom case was assigned: ___N/A___

G. Basic claim made: ___N/A___

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ___N/A___

I. Approximate date of disposition: ___N/A___

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

## IV.  Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need.  Attach extra sheets if necessary.)

I'm currently incarcerated at the Sheridan Correctional center 4017 E. 2603 RD, Sheridan IL, 60551. I bring this claim in a timely matter the incident of neglect and disregards of my 14th amendment rights to equal protection with medical attention that left my left index finger damaged for life. I state the following to place and is true to the best of my Knowledge, that on or about 7-3-09 approx 12:4m I was arrested by officer schwartz from northchicago police department lake county IL, responding to an altercation. In results of altercation I was left with a severe deep hideous wound and in need of medical attention. I franticly alerted officer of my injury and the need for medical attention but instead I was plainly mock and ignored by officer schwartz replie, "you wasn't thinking about your finger when you was fighting" then became verbally abusive and unprofessional. After being taken into custody but during the process the atrocious bleeding and swelling persisted, after makein it to station I was placed in a cell and medical request was again denied. For approx 4 to 6 hrs I awaited to be transported to lake county courts for bond hereing and with the repetition of discouragement from officer schwartz includeing my severe anguish my mental stablity was subdued and very unsound, therefore I vaguely remember the names of transporting officers,

Revised 9/2007

Once entering waiting room for court I alerted a
luke county correctional officer of my injury name unknown black mule
he stated I should have been seen by a doctor befor being
brought to court. After court I was then taken to see the
nurse black female name unknown. Once I seen the nurse
I alerted her of my injury she asked how it was done
I said I punched someone in the teeth and I also said
I think it's broken. She replied she would only be able to
clean it and stublize it with surgical tape untile I'm
able to see the luke county Jail physician. Due to incompetence
and total disregard from officer schwartz I suffered a vast
amount of physical and mental anuish and discomfort,

Revised 9/2007

**V.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

My suit is *For in damages* 200,000, For permanent physical and mental damages and also legal Fines and costs.

**VI.    The plaintiff demands that the case be tried by a jury.    ☒ YES    ☐ NO**

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _10_ day of _25_, 20_10_

_Randy White_
(Signature of plaintiff or plaintiffs)

_Randy A. White_
(Print name)

_M07759_
(I.D. Number)

_4017 E. 2603 Rd_
(Address)

Revised 9/2007